LUIS ALBERTO ALARCON NAVA-AN0537.

Name and Prisoner/Booking Number
SQSP-A-SB-4-B-19.

Place of Confinement
SAN QUENTIN

Mailing Address
1 MAIN ST SAN QUENTIN CA.94964.

City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

Number of pages 103
Received on 3-19-2026
Scanned/emailed on 3-19-2026
by CRS at SQRC
for the Northern District of California.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO ALARCON NAVA | ) |

(Full Name of Plaintiff)            Plaintiff,

v.

**26-cv-02177 RFL**

CASE NO. _____
(To be supplied by the Clerk)

(1) Ascencio (ISU) Officer;
(Full Name of Defendant)

(2) F.Hernon,Correctional Officer;

B.Haub,Lieutenant;
(3)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

J.Rios,Correctional Officer
(4)

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: SAN QUENTIN 1 MAIN ST SAN QUENTIN CA 94964.

## B. DEFENDANTS

1. Name of first Defendant: _____. The first Defendant is employed as:
   _____ at _____.
   (Position and Title)                              (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____ at _____.
   (Position and Title)                              (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _one_ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: LUIS ALBERTO ALARCON NAVA . v. GAVIN NEWSON AND SHAWN HATTON
      2. Court and case number: UNITED STATES EASTER DISTRICT OF THE STATE OF CA.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) SECOND AMENDED COMPLAINT PENDING .

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: (42 U.S.C.§1983, Eight Amendment to U.S.Constitution.)

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: See attached.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   See Attached

   See attached

   See attached

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   (See attached as exhibits)

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: (42 U.S.C§1983 Eight Amendment to U.S. Constitution.·

2. Claim II. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☑ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: (See attached)

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. (See Attached)

(See Attached)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   (See Exhibits Attached).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: <u>(42 U.S.C. §1983 Eight Amendment to U.S. Constitution.)</u>

2. **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - [ ] Basic necessities
   - [ ] Disciplinary proceedings
   - [ ] Excessive force by an officer
   - [ ] Mail
   - [ ] Property
   - [ ] Threat to safety
   - [ ] Access to the court
   - [ ] Exercise of religion
   - [ ] Other: <u>(See attached).</u>
   - [ ] Medical care
   - [ ] Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. (See attached)

(See attached)

(See attached)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). ( See exhibits attached)

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:        ( SEE  ATTACHED )

_____

_____

_____

_____

(SEE   ATTACHED)

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _03-05-2026_
        DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | LUIS ALBERTO ALARCON NAVA |
| Street Address | SQSP-A-SB-4-B 19. |
| City and County | SAN QUENTIN |
| State and Zip Code | 1 MAIN ST SAN QUENTIN CA.94964. |
| Telephone Number | |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ascencio |
| Job or Title (if known) | Investigative Unit Service; |
| Street Address | 1 Main st |
| City and County | San Quentin |
| State and Zip Code | California 94964 |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | F.Hernon |
| Job or Title (if known) | Correctional Officer |
| Street Address | 1 Main st |
| City and County | San Quentin |
| State and Zip Code | California 94964 |
| Telephone Number | |

2

Defendant No. 3

| | |
|---|---|
| Name | B.Haub |
| Job or Title (if known) | Lieutenant |
| Street Address | San Quentin |
| City and County | California 94964 |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 4

| | |
|---|---|
| Name | J.Rios |
| Job or Title (if known) | Correctional Officer |
| Street Address | San Quentin |
| City and County | California 94964 |
| State and Zip Code | |
| Telephone Number | |

II.    **Basis for Jurisdiction**

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

( 42 U.S.C.§ 1983 Eight Amentment to U.S. Constitution.)

_____

_____

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Luis A, Nava _____, is a citizen of the State of *(name)* Guerrero Mexico. _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* __CDCR_____, is incorporated under the laws of the State of *(name)* __CALIFORNIA_____, and has its principal place of business in the State of *(name)* __CALIFORNIA_____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Defendant conspiracy against my person they affected my freedom I was denied 5 years on my BPH.Therefore, I request $5000.000 per defendant with a total of 2millic

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(See Attached)

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(See Attached)

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03-05 , 2026

Signature of Plaintiff

Printed Name of Plaintiff    LUIS ALBERTO ALARCON NAVA

Luis Alberto Alarcon Nava

UNITED STATES DISTRICT OF COURTS

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

LUIS ALBERTO ALARCON NAVA

                    Plaintiff,

VS.

#1 Asecencio (ISU) Officer;

#2  F.Hernon,Correctional Officer;

#3 B.Haub, Lieutenant;

#4 J.Rios ,Correctional Officer;

                    Defendants Involved

Case No:

COMPLAINT FOR MONETARY DAMAGES

(42 U.S.C.§1983)

(Eight Amendmend to U.S. Constitution.)

## I.INTRODUCTION

This is a Civil Right complaint rise by plaintiff who is a person identify as Luis Alberto Alarcon Nava. This is a Civil rights complaint for declaratory relief monetary damages brought over the use of conspiracy unesesary arrest,deprivation of medical **ADA headphe**, and intentional infliction of mental damages while plainttiff has with  Hearing,Mobility,vision and other Impaired injuries.

1

## II.JURISDICTION AND VENUE

1. This is a Civil rights action under **(Eighth Amendment to U.S. Constitution)** to redress the intetional torts,the privation under color of state law of rights,privileges,immunities guaranteed by the **(Eighth Amendment of the United States Constitution)**.This Court has jurisdiction pursuant to **28 U.S.C.§1331 and 1343.**

2.This Court has jurisdiction over plaintiff's action for declaratory relief pursuant to **28 U.S.C. §2201; Rule 57** and Federal Rule of Civil Procedure.

3.Venue is proper in Norther District of California under **28 U.S.C.§1391 (a) (1)** and **(c) (1)** because the substantial part of the event has been giving rise to the claim occurred at California Department of Correction and Rehabilitation **(CDCR).**

## III.PARTIES

4. Plaintiff Luis Alberto Alarcon Nava is currently incarcerated,and has been at all times relevant to this action a person incarcerated in the California Department of Correction and Rehabilitations (hereinafter CDCR), California State Prison-San Quentin (hereinafter California State).

**5.The Warden of San Quentin is identificated as C. Andes, and his subordinated Correctional Officer to him are suit here in his official and individual capacity.** JEFF MACOMBER, is the **SECRETARY** of the State of California,**Jena Jones** is the Director **OF FOR-ADULT INSTITUTIONS' OF (CDCR)** and responsible for the lawful operations of all its intitutions and providing necessary training for Correctional Officers and staff employed at California Department of Correctional and Rehabilitations **(CDCR).**

6.One of the cruel and unusual punishment of the events took place in the State of Califonia Marin County,and thus this case should be assigned to Norther Division of California pursuant to Rule 3-2 (d) of the Local Rules of the Eastern District of California.

The allegations contained in the following paragraphs, are hereby showing good cause from medical documentations (herein) as **exhibits (a) (b) (c)** and **(d)** evidence to stablish a patently correct interpretation of facts.

2

## V.FACTUAL ALLEGATIONS

7.On **04/17/2025**, approximately **6:20 AM.**,while plaintiff was sleeping. An ISU officer identify as defendant#1 Ascencio Pernumber 201111.He open plaintiff's cell's door and with no warning this officer orded to plaintiff to step out his cell. Plaintiff was not dressed his clothes he just was on his boxer. Plaintiff put on his short. Defendant place his handcuffs on plaintiff to then search at plaintiff with an inapropiated manner on front of plaintiff nex door neibohoors.

8.Minutes later Defendant take off the handcuffs from plaintiff and he orded to plaintiff to stay on the dayroom until defendant finished to search plaintiff cell.

9. Approximately about hour later defendant yell at plaintiff "came back you cell"! This defendant gave a searched receipt to plaintiff.Plaintiff observed that defendant intentionally had abandoned a trush can that contained alot of bags of apples  that were consfiscated from plaintiff nex door.**( See the video record of plaintiff housing camaras).**

10.Plaintiff notice that defendant confiscated his ADA'S headphone,Battery charged, booster and other personal items. **(Confiscation of Medical  ADA HEADPHONE  HEARING INMPAIRED EXHIBIT A).**

11.Plaintiff informed to defendant that the **(ADA)** his  headphone was part of his **hearing disability**,and that the other electronicts were in his name. Defendant ignored plaintiff.

12. Defendant leave from the unit.Defendant left the trash can with the apples.Minutes later plaintiff made a phone-call to his family.Plaintiff start related the event about the wrongfull action from **defendant#1 Ascencio.**

13. Plaintiff took the trash can and he brought  it on front of the camara for further avidence.Plaintiff then brought the same trusth can downs tier and then he notified to the sencond defendant identified as **defendant#2** Correctional Officer **F.Hernon Pernumber** 110001that the bags of apples were not confiscated from **defendant#1 Asencio** Plaintiff told **defendant#2 F.Hernon** that obviously these apples were gathering  with the purpose to fabricated manufactured illegal alcohol.

14.**Defendant#2  F.Hernon** became very anger against plaintiff.**Defendant#2  F.Hernon** call an inmate and he orded  this inmate to put the bag of apples back to the fourt tier instead **( See video of the building).**

15. In the same morning on **04/17/2025** at approximately **10:30** AM while plaintiff was putting his stuff in order because the desaster made by **defendant#1 Asencio.** Plaintiff was called from the Speaker to go to the Unit's desk.

16. Immiatedly Plaintiff went to the desk.Plaintiff observed a group of Correctional Officers whose were talking each other.Plaintiff could observed **defendant#3** identified as **Lieutenant B. Haub** who then this defendant participated as the chair person for futher interview as decision maker.**(See exhibit C Lieutenant Haub intruduce Mental Damage Against Plaintiff when he was found guilty without evidence See page 2 Attached ).**

17.While plaintiff was in the desk **defendant#2 F.Hernon** notify to plaintiff that **defendant#1 Ascencio** had being called to him to report to Max Shack. Plaintiff is suffering for,Mental,Mobility,vision and other Impaired injuries.At that morning Plaintiff notify to defendant that he was had left his vest impaired in his cell.Plaintiff needed for languages translation in Spanish.

Instead that **defendant#2 F.Hernon** summoning for medical **ADA** acomodations language in Spanish translated.

18. **Defendant#2 F. Hernon** and other correctional officer who is not identify and is not part of this lawsuit.They eventually scored plaintiff from Badger Unit to direction of "Max Shack".

13.While they were walking throught the San Quentin Street on front of the canteen and chow hool area. **Defendant#1 Ascencio** cameout from the chawhool's door and he began walking in the direction toward plaintiff and **defendant#2 F.Hernon.**

19. **Plaintiff and defendant#2** they stopped in the meddle of the road and they were waitting until **defendant#1 Ascencio** come to them.

20.**Defendant#1 Ascencio** walke directly toward plaintiff. Defendant#1 Ascencio gave to plaintiff his personal booster property, and a receipt of plaintiff's medical **(ADA)** headphone for the previous consfiscation of the searched that **defendant#1 Ascencio** made inside plaintiff's cell at that earlier morning while plaintiff was sleeping.

4

21.Plaintiff asked to defendant#1 **Ascencio** if he could gave plaintiff's medical **(ADA)** headphone back because plaintiff needed them and its were part of plaintiff hearing impaired disability.**( See Exhibit A Consfiscation of Medical  ADA Heaphone Hearing Impaired).**

22. Without no provocation from plaintiff **Defendant #1 Ascencio** yell at plaintiff "Turn around"! and he place his hancuffs light on plaintiff.**(See exhibit (b) Unnecessary Imposition of Hancuffs by Officer Ascencio  and Correctional Officer F.Hernon ).**Plaintiff did not struggle or resist in any way **(see San Quentin video record).**

23. Eventually **Defendant#1 Ascencio** and defendant#2 **F.Hernon** they scored plaintiff to the **ATT** in front of other inmates with the tight handcuffs at plaintiff.

24. The San Quentin Warden identificated as **C. Andes**  casually was there and he could  observed the event  and the wrong actions made by defendants at that early morning.**(See video of San Quentin).**

25.Plaintiff was place in a cage inside the **ATT's** room with the tight hancuff at plaintiff.Then plaintiff was moved to a  medical bed and then the tight hancuff was taken off  from plaintiff.

26.Plaintiff began with pain of his both wrist. Plaintiff both wrist  hands had a redding mark color by the tight handcuff injuries.**( See video record inside the ATT's room).**

27. Plaintiff notify to the **ATT** nursing about the tight hancuff and the redding marks by the injuries provocated by  defendants **#1 Ascencio** and **defendant #2 F.Hernon**  because this nursing do not take note about plaintiff injuries which is a  legal requirement responsibility for Medical Staffs.

23. Plaintiff was place into an enty room. Apperently this room was used for sucide inmates. Plaintiff was inside that room for hours with not breaskfast for eat and with not lounch.**(See ATT's Room Video).**

28. Hours later a high rank **(ISU)** officer that plaintiff doesn't Known and is not part of this lawsuit he came inside the room and asked to plaintiff if he was saying something unusual to defendant **#1 Ascencio. (See Att's room video record).**

29.Plaintiff stated to this officer not. Immediately, the high rank **(ISU)** officer letf  to plaintiff out that room. High rank **(ISU)** than stated to plaintiff that not diciplinary report gonna be rise against him  for the wrong actions  made by **defendant #1 Ascencio** and **defedant #2. F.Hernon.**

5

30. Weeks later **defendnat#2 F.Hernon** took retaliation against plaintiff.This **defendant#2 F.Hernon** gave an RVR to plaintiff that contains a writting verbal statement with a narrative redaction usually used compatible with a potential misleading statement which the facts do not support the violation.**Defendant#2 F .Hernon** lied when he said that plaintiff behavior could result to lead violent **(See exhibit (d) contraction by plaintiff evidence of his Certificateds and Crone of rehabilitation).**

31. This means < statements not consistent with the truth by preponderance of evidence>
This Correctional Officer obviously used this RVR against plaintiff just to cover his illegal wrong actions**.( See Exhibit (b) Exhausted 602's form for Misconduct to Correctional Officer F.Hernon).**
Plaintiff used the followed Penal Codes **§2931(c) (5).** to appeallte these issue.

**32. On 05/22/2025** plaintiff was called for an interview based on the RVR above. During interview,the **defendant#3 Lt B.Haub** was the person responsible from the **RVR** decision-maker from **defendant#2 F.Hernon,and defendant#1 Ascencio.**

33.Plaintiff was found not guilty from one RVR made by **defendant#1 Ascencio (See exhibit (c) page 2 )**

34. **Plaintiff plead not guilty from the RVRs.**Plaintiff then appeallated the RVR through a 602 form in violation of the follows **Penal Code §2932 (c) (1);15 CCR§3320 (h) §2932 (c) (1) ;15 CCR §3320 (h),and Penal Code §654** because plaintiff was punisment based of multiples violation for the same issue.

**35.The disposition of plaintiff appeal was an rehiring order.**

36. On **Thursday July 10,2025** plaintiff had a reissue/rehear based of **CCR,Title 15 § 3313 (b) CCR,Title 15 § 37.20 (h),DOM §52080.5.4.(See exhibit (c) page 2 of Additional Infliction of Mental Damages)**
The RVR was being reorded per Associate **Warden T.Shorter .**

**D.Campell** was the decision marker for the reharing.

38.However,the video evidence was incompleted and manipulated by **defendant#4 J. Rios**.Because the video was not recorded since the time of **7:00 AM** when plaintiff brought and showed to **defendnat#2 F.Herndon** the trash can that contained a lot of apples,and when defendant#2 F.Hernon used conspiracy and gave the trash can with apples to the inmate.
The video record do not showed the completed evidence that clarify the correct plaintiff's statement .

6

39. The video just was showing when plaintiff was using a sign unknown language and when he was trying to explained to the defendant#2 the situaition. (See video recorded).

40. Plaintiff was dissatisfied with the incompleted video recorded, during the reharing.

41. Plaintiff does not signed the video evidence form made by **defendant#4. J.Rios** who was the responsible of the video.

42. Defendants obviouly used agreement and conspiracy to covered theirs wrong actions to affected plaintiff Plaint rise administrative 602's forms to the high level this means that plaint exhausted his administratve complaints available to him.( See exhibit (a),(b),(c),and (d).

## VI. CAUSES OF ACTIONS

**FIRST CAUSE OF ACTION**

**(42 U.S.§1983,8TH Amendment to U.S. Constitution)**

**(Plaintiff v. Defendants #1 Ascencio,Defendant#2 F.Hernon,Defendant#3 B.Haub,and Defendant#4 J.Rios.)**

43. The allegations contained in paragraphs **1 through 42,**inclusive,are hereby incorporated by reference.

44. Defendants#1 **F.Hernon,Correctioanal Officer,Ascencio** violated plaintiff's right to be free from cruel and unusual punishment guaranteed to the **(42 U.S.C.§1983, by the Eighth Amendment of the United States Constitution)** by theirs violation of law against plaintiff.

45. Defendant#1 F.Hernon,defendant#2 Ascencio, defendant#3 Lt B.Haub,and defendant #4 J.Rios violate plaintif's right to be free from cruel and unusual punishment guaranteed to the plaintiff by the **Eighth Amendment** of the **United States Constitution** by conspiracy and their failure to adequately Disclose the videos on 4/17/2025 at the time 7:00 AM., when this defendnat#2 F.Hernon does't consficated the trash can that contained the bags of a lot of apples and then this defendant gave it to an inmate instead.

Defendant#1 Ascencio defendant #2Correctional Officer F.Hernon defendant#3Lt. B. Haub and defendant#4 J.Rios also used retaliation, conspiracy,infliction of mental distress against plaintiff and other damages.

7

Defendant#2 is also inviolations of pursuant to:

A). Penal Code 148.6. Allegation of Misconduct;

B). Gov.Code §19572 (f) Dishonesty/or integrity;

C). Gov.Code §19572 (e) Making false or intentional Mislieading Statements to Superior (Insobordination); And

D) Gov.Code § 19572 (t) Falsification,alteration,or (False testimony) (act of lying under oath/writing statements of perjury.

46.Defendant's wrongful actions alleged herein are in violation of (42 U.S.C.§1983). Because they have deprivied plaintiff of,rights,benefits,and privileges secured by the United States Constitutions.

47.Defendant#1 F.Hernon,defendant#2 Ascencio,defendant#3 Lt B.Haub and defendant#4 J.Rios acted under Color of State Law.

33.Defendant#1 F.Hernon,defendant#2 Ascencio,defendant #3 Lt B.Haub and defendant#4 J.Rios are employed of California Department of Corrections and Rehabilitations (CDCR) they knew or they should have known that their failure to adequately conduct,attitudes and actions created an unreasonable risk of serious harm to plaintiff.

34. The acition of defendants demonstrate deliberate indifference to plaintiff's Eighth Amendment rights.

48. As a proximate result of defendant's violation of plaintiff's right to be free from cruel and unusual punishment while he is currently at San Quentin California Department of Correction and rehabilitations,plaintiff has suffered,is suffering and will continue to suffer irreparable harm.

49. As a derect and foreseeable result of the defendant's violations of the (42 U.S.C. §1983 Eighth Amendment). Plaintiff has suffered,is suffering and will continue to suffer mentally,physical,and will continued suffering emotionally with damages in the form of flash back Post-Traumatic Stress Disorder,and other injuries ( See exhibit (c) additional infliction of mental damages).

50. As a derect and foreseeable result of the defendant's violations of the Eighth Amendment,plaintiff has suffered,is suffering and will continue to suffer injuries in the form of pain and suffering, shame, humiliation, degradation, emotional distress, embarrassment, mental distress , lack of educational concentration, and other injuries.

8

51.An actual controversy exists between plaintiff and defendants concerning their rights,privileges,protection, adequated ADA sign languages Spainish translated, and obligations at the State of California Prison Sistem.

52. **Defendant#2 F.Hernon, defendant#1Ascencio, defendant#3 Lt B.Haub, and defendant#4** acts were willful,intentional,malicious,wanton, and despicable inconscious disregard of plaintiff's rights,entitling plaintiff an award of exemplary damages.

**SECOND CASE OF ACTION**

**(42 U.S.C.§1983, 8TH Amendment of U.S. Constitutions).**

**(Plaintiff v. Defendants #1 Ascencio,Defendant#2 F.Hernon,Defendant#3 B.Haub,and Defendant#4 J.Rios.)**

53.The allegations contained in paragraphs 1 through 52,inclusive,are hereby incorporated by reference.

54. **Defendant#1F.Hernon,defendant#2 Ascencio,defendant#3 Lt B.Haub, and defendant#4 J.Rios** violated plaintiff's right to be free from cruel and unusual punishments guaranteed to plaintiff by the **Eighth Amendment** of the United States Constitution by the action of intimidation, adequated ADA Spainish translation, abuse, harrasment and other violations of law against plaintiff.

55.**Defendant#2 F.Hernon,defendant#1Ascencio,defendant#3 Lt B.Haub, and defendant#4 J.Rios** were the responsible on 04/17/2025 of the operations of California Department of Corrections and Rehabilitations **(CDCR)** Correctional **San Quentin** they knew or should have known that their failure to adequately conduct,attitudes and actions created an unreasonable risk of serious harm to plaintiff.

56.The actions of conspiracy made by defendant **Defendant#1 F.Hernon,defendant#2 Ascencio,defendant#3 Lt B.Haub, and defendant#4 J.Rios of** Californian State Official demonstrate deliberate indifference to plaintiff's **Eighth Amendment rights.**

57. As a proximate result of defendant's violation of plaintiff's right to be free from cruel and unusual punishment while he has at California Department of Correction and Rehabilitations,plaintiff has suffered, is suffering,and will continue to suffer irreparable harm.

9

58. As a direct and foreseeable result of the defendant's vioalations of the rights guarantee by **(42 U.S.C.§1983,Eighth Amendment),** plaintiff has suffered and will continue to suffer physical and mental injuries in the form of damage to flash back Post-Traumatic Stress Disorder,**dificulties to learn sign hand laguages** and continue injuries for the unessessary use of handcuff while plaintiff encarceration. **( See exhibit).**

59. As a direct and foreseeable result of the defendant's violations of the **Eighth Amendment,**plaintiff has suffered,is suffering and will continued to suffer,injuries in the form of Mental Distress,and suffering,shame,humiliation,degradation,emotional distress, embarrassment,mental distress, and other injuries.

60. As a direct and foreseeable result of defendant's violations of the **Eighth Amendment,**plaintiff has suffered, is suffering and will continue to suffer injuries in the form of pain and suffering, shame, humiliation,degradation,emotional distress,embarrassment,mental distress,lack concentration to finish his General Education Develope, lack of concentration to learn sign hands in  English languages and in Espanish language and other injuries.

61. As a direct and foreseeable result of the defendant's violation of the **Eighth Amendment,**plaintiff has suffered,is suffering and will continue to suffer injuries in the form of pain and suffering , shame,humiliation,degradation,emotional distress,embarrasment,lack of concentration to finish his **General Educational Development's,lack of concentration to learn sign hands languages in English** and other injuries.

62 **Defendant#1 F.Hernon,defendant#2  Ascencio,defendant#3 Lt B.Haub, and defendant#4....** acts were willful,intentional,malicious,wanton,and despicable in conscious disregard of plaintiff's rights,entitling plaintiff to an award of exmplary damages.

**THIRD CAUSE OF ACTION**

**(42 U.S.§1983, 8th Amendment to U.S. Constitution)**

**The allegations contained in  paragraphs 1 through 62,inclusive,are hereby incorporated by reference.**

**(Plaintiff v. Defendants #1 Ascencio,Defendant#2 F.Hernon,Defendant#3 B.Haub,and Defendant#4 J.Rios.)**

63. The allegation contained in paragraphs **1** and **62**, inclusive, are hereby incoporated by reference.

64. Defendants **Defendant#1 F.Hernon,defendant#2 Ascencio,defendant#3 Lt B.Haub, and defendant#4 J.Rios** violated plaintiff's right to be free from cruel and unusual punishment guaranteed to the plaintiff by **Eighth Amendment** of the **United States Constitution** by his failure to adequately deal with the operations **(CDCR) San Quentin State Prison** while plaintiff is incarcerated and in the appropriate use of hancuff, and unnecessary arrest in the determination of an inmate's need for medical health support and in the appropriate manner to facilitate such support, by his failure to supervise and investigate the medical disability of plaintiff **(ADA) impaired and medical need.**

65.Defendant's wronful actions alleged herein is in violations of **(42U.S.C.§1983)** because **Defendant#1 F.Hernon, defendant#2 Ascencio,defendant#3 Lt B.Haub, and defendant#4 J.Rios** deprived plaintiff of rights,benefits,privileges and other rights secured by the **United States Constitution.**

66. **Defendant#1 F.Hernon,defendant#2 Ascencio,defendant#3 Lt B.Haub, and defendant#4 J.Rios** were the responsible on **04/17/2025** for the operations of San Quentin State Prison system they knew or should have known that their failure to adequately supervise their conduct,attitudes and actions created an unreasonable risk of serious harm to plaintiff.

67. Despite these knowledge, defendants **#1 F.Hernon,defendant#2 Ascencio,defendant#3 Lt B.Haub, and defendant#4....** failed to take reasonable steps to protect plaintiff's care and custody at California Department of Correction and Rehabilitations **(CDCR)** Prison System while plaintiff is housing in the **San Quentin State Prison.**

68. The actions and conducts of defendant **Defendant#1 F.Hernon,defendant#2 Ascencio,defendant#3 Lt B.Haub, and defendant#4 J.Rios** demonstrate deliberate indiference to violation of plaintiff's Eighth Amendment righths.

69.As a proximate result of the defendant's failure to ensure plaintiff's right to be free from cruel and unusual punishment while he is currently unlawful incarcerated at California Department of Correction and Rehabilitations **(CDCR)** Prison system,plaintiff has suffered,is suffering,and will continue to suffer irreparable harm.70. As a direct and foreseeable result of defendant's violations of the **Eighth Amendment,**plaintiff has suffered,is suffering and will continue to suffer injuries in the form of pain and suffering,shame, humiliation,degradation,emotional distress,embarrasment,mental distress and lack of concentration to finish his General Education Developement,lack of concentration to learn adequated

sign hands languages in spanish, and in English language and other injuries.71. As a direct and foreseeable result of defendant's violations of the **Eighth Amendment,**plaintiff has suffered,is suffering and will continued to suffer injuries in the form of pain and suffering, shame,humiliation,degradation,emotional distress,embarrassment,mental distress and other injuries.

72. An actual controversy exist between plaintiff and the State of California, **Defendant#1 F.Hernon, defendant#2 Ascencio,defendant#3 Lt B.Haub, and defendant#4 J.RiosSan Quentin** State Prison **(CDCR).**

## PETITION FOR RELIEF

Defendants made agreement to use conspiracy against plaintiffs and these wrong actions caused a derect aggravious loss of freedom of plaintif Board of Parole Hearing **5 years** denied,mental damage,physical damages and other injuries against plaintiff.

Wherefore,petitioner prays this court as follows:

**1.** Issue a declaratory judgment that defendant's actions complained of herein violate plaintiff natural rights and under the United States **(42 U.S. §1983, 8th Amendment to U.S. Constitution)** and as otherwise herein;

**2.** Award plaintiff monetary damages with **($1.000 per day )** above each year of plaintiff Board of Parole Hearing 5 years denied with a total of **(7,3000,000)** plus **($500.000.00)** per each defendant for inflict pain and suffering against plaintiff with a total of **(9,3000,000 millions),**compensatory damages,determined at trial;

**3.** Award plaintiff the cost suit and reasonable attorney's fees; and

**4.** Grant plaintiff such other and further relief as the court deems just and proper.

pectfully submitted,

Date:03/05/2026                     Signed:

**INPRO-PERSON**

12