UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUIS ALBERTO ALARCON NAVA,

Plaintiff,

v.

ASCENCIO, et al.,

Defendants.

Case No.  26-cv-02177-RFL

**ORDER OF DISMISSAL**

On May 15, 2026, the Court dismissed the complaint in this case with leave to file an amended complaint by June 17, 2026.  (Dkt. No. 6.)  Plaintiff has not filed an amended complaint by the deadline.  Accordingly, this federal civil rights action is DISMISSED without prejudice for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Plaintiff may move to reopen the case.  Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by an amended complaint on this Court's form.

The Clerk shall enter judgment in favor of Defendants and close the case.

**IT IS SO ORDERED.**

Dated: July 2, 2026

RITA F. LIN
United States District Judge