UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO ALARCON NAVA,<br><br>Plaintiff,<br><br>v.<br><br>ASCENCIO, et al.,<br><br>Defendants. | Case No.  26-cv-02177-RFL<br><br>**JUDGMENT** |

This federal civil rights action having been dismissed without prejudice, judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: July 2, 2026

RITA F. LIN
United States District Judge

2