UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUIS ALBERTO ALARCON NAVA,

Plaintiff,

v.

ASCENCIO, et al.,

Defendants.

Case No. 26-cv-02177-RFL

**ORDER REOPENING ACTION;**

**ORDER EXTENDING TIME TO FILE AN AMENDED COMPLAINT**

Re: Dkt. No. 10

On July 2, 2026, the Court dismissed this civil rights case without prejudice due to Plaintiff's failure to file an amended complaint. (Dkt. No. 8.) On July 6, 2026, Plaintiff filed a motion for an extension. (Dkt. No. 10.) The Court construes Plaintiff's filing as a motion to reopen and for an extension to file an amended complaint. The motion is GRANTED. The suit is REOPENED, and the Clerk is directed to modify the docket to reflect this. The judgment and the order of dismissal are VACATED.

Plaintiff shall file an amended complaint by **August 21, 2026**. Failure to file an amended complaint will result in dismissal of this action under Federal Rule of Civil Procedure 41(b) without further notice to Plaintiff. Plaintiff shall follow the instructions in the Court's screening order. (Dkt. No. 6.)

The Clerk shall terminate Dkt. No. 10.

**IT IS SO ORDERED.**

Dated: July 20, 2026

RITA F. LIN
United States District Judge